JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNA GDIKYAN, | Case No. CV 14-3813 FMO (RZx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 14th day of July, 2014.

/s/
Fernando M. Olguin
United States District Judge